UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  06-60031-TP-DIMITROULEAS

   Plaintiff,

vs.

APRIL COOK,

   Defendant.
_____/

**ORDER GRANTING DOWNWARD DEPARTURE/VARIANCE**

THIS MATTER having come before the Court on Defendant's ore tenus Motion for Downward Departure/Variance, and the Court having heard arguments of counsel on December 15, 2006 and being otherwise fully advised, finds as follows:

1.  Cook's criminal history, although lengthy, has mostly involved minor crimes: Her criminal history and supervision violations are over-represented by a range of 5-11 months.

The Court finds that a sentence of 3 months is reasonable.

Wherefore, it is hereby ORDERED AND ADJUDGED that Defendant's Motion for Downward Departure/Variance is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of December, 2006.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marc Anton, AUSA
Daryl Wilcox, AFPD