UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 06-60031-TP-DIMITROULEAS

　　　　Plaintiff,

vs.

APRIL COOK,

　　　　Defendant.
_____/

**ORDER GRANTING DOWNWARD DEPARTURE/VARIANCE**

THIS MATTER having come before the Court on Defendant's <u>ore tenus</u> Motion for Downward Departure/Variance, and the Court having heard arguments of counsel on December 15, 2006 and being otherwise fully advised, finds as follows:

1. Cook's criminal history, although lengthy, has mostly involved minor crimes: Her criminal history and supervision violations are over-represented by a range of 5-11 months.

The Court finds that a sentence of 3 months is reasonable.

Wherefore, it is hereby ORDERED AND ADJUDGED that Defendant's Motion for Downward Departure/Variance is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of December, 2006.

　　　　　　　　　　　　　　　　　　　　　　　／s／ William P. Dimitrouleas
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Marc Anton, AUSA
Daryl Wilcox, AFPD